UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EVAN FITZGERALD, et al.,

        Plaintiff(s),                Case No. 17-10518

v.                                       Honorable John Corbett O'Meara

TARGET CORPORATION,

        Defendant(s).
_____/

ORDER RE: DISQUALIFICATION OF JUDGE

    Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

    **IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: February 21, 2017                    s/John Corbett O'Meara
                                                 John Corbett O'Meara
                                                 U.S. District Judge

---

    Pursuant to this order, this case is reassigned to Judge Gershwin A. Drain.
Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: February 22, 2017                    s/ S Schoenherr
                                                 Deputy Clerk